IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VANCE S. ELLIOTT,

      Plaintiff,

  v.

DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.

No. C 14-80132 WHA

**ORDER RE PRE-FILING REVIEW**

By order filed February 15, 2006, Judge Marilyn Hall Patel of this district deemed plaintiff a vexatious litigant (No. C 04-1600 MHP; Dkt. No. 36). He is required to obtain leave of court before filing any new complaint related to claims in that action. The allegations in the action are incomprehensible such that the Court is unable to determine whether they are related to those previously asserted by plaintiff. Moreover, to the extent that the complaint is decipherable, it does not state a claim. Leave to proceed is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE